IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TODD CHRISLEY (A/K/A MICHAEL TODD CHRISLEY),<br>JULIE CHRISLEY, AND<br>PETER TARANTINO | Criminal Action No.<br><br>1:19-CR-297-ELR-JSA |

**United States' Notice Regarding**
**Supplemental Consolidated Motion in Limine**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Thomas J. Krepp and Annalise K. Peters, Assistant United States Attorneys for the Northern District of Georgia, files this Notice Regarding Supplemental Consolidated Motion in Limine.

On Friday, May 8, 2022, the United States filed its Supplemental Consolidated Motion in Limine to, among other things, exclude evidence of tax filings and tax payments taken by the defendants after February 2, 2018—the date they learned they were under federal criminal investigation for tax offenses.[1] (Doc. 196). In that motion, the United States noted that undersigned counsel learned that the defendants planned to introduce such evidence on April 29, 2022, during a

---

[1] In its Supplemental Motion, the United States intended to clarify its statement in an earlier brief about evidence of "tax payments." The United States has never had any objection to evidence of tax payments *during the charged offense period*.

1

phone call with Peter Tarantino's counsel. (*Id.* at 7). To be clear, the basis for the United States' motion was not that the defendants were somehow untimely in providing this information to the United States (indeed, no defendant is required to "notify" the United States of their defense strategy).

On Saturday, May 9, 2022, after reviewing the United States' Supplemental Motion, Tarantino's counsel alerted undersigned counsel that he had actually informed undersigned counsel of his intent to introduce such evidence during a phone call on March 30, 2022, and forwarded an email exchange regarding that call. Undersigned counsel does not recall the specifics of that telephone conversation but fully credits defense counsel's memory.

To be clear, the United States acknowledges it has had numerous conversations and exchanges with counsel for all three defendants over the past several years about this case, and counsel have at several points noted that Todd and Julie Chrisley filed amended tax returns and paid off their tax liabilities after February 2018. Many of these conversations even pre-date the grand jury returning an indictment in August 2019. But it was not until the more recent conversations with the defendants' counsel, when all the parties have been preparing for trial and exchanging exhibits, that undersigned counsel fully appreciated that the defendants would seek to admit the 2018 evidence at trial.

After having a telephone conversation with counsel for Tarantino on Saturday, May 7, 2022, about this issue, the United States decided to file this Notice to ensure that the record is clear that it is not taking the position that the defendants were somehow untimely in bringing this issue to undersigned

counsel's attention and to confirm that counsel for the defendants have had prior discussions and exchanges with undersigned counsel regarding the 2018 activity.

Respectfully submitted,

RYAN K. BUCHANAN
   *United States Attorney*


/s/THOMAS J. KREPP
   *Assistant United States Attorney*
Georgia Bar No. 346781
thomas.krepp@usdoj.gov


/s/ANNALISE K. PETERS
   *Assistant United States Attorney*
Georgia Bar No. 550845
annalise.peters@usdoj.gov

**Certificate of Service**

The United States Attorney's Office served this document today by handing a copy to defense counsel:

        Counsel for Todd Chrisley

        Counsel for Julie Chrisley

        Counsel for Peter Tarantino

May 8, 2022

        /s/ ANNALISE K. PETERS

        ANNALISE K. PETERS

        *Assistant United States Attorney*