# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00297-ELR-JSA
## USA v. Chrisley et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 06/07/2022.

TIME COURT COMMENCED: 9:15 A.M.
TIME COURT CONCLUDED: 2:50 P.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: A Young; F Hightower
DEPUTY CLERK: Michelle Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Todd Chrisley Present at proceedings<br>[2]Julie Chrisley Present at proceedings<br>[3]Peter Tarantino Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Anulewicz representing Julie Chrisley & Todd Chrisley<br>Johnathan DeLuca representing Todd Chrisley<br>Stephen Friedberg representing Julie Chrisley<br>Daniel Griffin representing Peter Tarantino<br>Thomas Krepp representing USA<br>Bruce Morris representing Todd Chrisley<br>Annalise Peters representing USA<br>John Van Why representing Peter Tarantino |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Court called to order. Also present during the criminal trial were Special Agents Chip Cromer (FBI), Stephen Ryskoski (FBI) and Brock Kinsler (IRS), Investigators Bill Salinski and Denise Coxe (with the Defense) and Shannon Dyer-Vencill (Paralegal with the Government). Jurors began deliberations at 9:15. The Court addressed issues with the parties. Verdict returned at 2:10 pm. Defense requested to poll the jurors. Jurors polled. Defendants were found guilty of all counts. The Court amended the conditions of Todd and Julie Chrisley's bonds. Court adjourned. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |