**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TODD CHRISLEY, | )   Case No. 1:19-CR-297-ELR-JSA |
| JULIE CHRISLEY, and | ) |
| PETER TARANTINO, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO ALLOW MATERIALS
AT RESENTENCING HEARING**

Comes now the Defendant, Julie Chrisley ("Defendant"), by and through counsel, and respectfully moves this Court for the entry of an Order allowing Defendant's counsel, Alex Little, to bring necessary materials into the Court for the duration of the Resentencing Hearing set for September 25, 2024.

Undersigned counsel wishes to bring the following materials into the Courthouse:

1.     A laptop, to view pleadings, documents in the record, and correspond with co-counsel at the office as issues arise;

2.     An iPhone, to view the calendar for any issues with scheduling and correspond with counsel's team; and

3.      At least one binder of case materials.

WHEREFORE, for the reasons detailed above, Defendants respectfully requests that their Motion be GRANTED.

Respectfully submitted,

/s/ J. Alex Little
J. Alex Little (TN BPR #29858)
        *Pro Hac Vice*
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
615-985-8189
alex@litson.co
*Attorney for Julie Chrisley*


## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/  J. Alex Little
 J. Alex Little