IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TODD CHRISLEY, JULIE CHRISLEY, and PETER TARANTINO, <br><br> Defendants. | Case No. 1:19-CR-297-ELR-JSA |

## MOTION FOR DEFENDANT TO APPEAR IN CIVILIAN CLOTHING

Comes now the Defendant, Julie Chrisley ("Defendant"), by and through counsel, and respectfully moves this Court for the entry of an Order allowing the Defendant to wear civilian clothes for the duration of the Resentencing Hearing set for September 25, 2024 and directing the United States Marshals Service to allow her do so.

In support of this motion, Defendant would show as follows:

1. The trial in this matter began on May 16, 2022 and the initial judgment was subsequently entered on December 5, 2024, setting her sentence for 84 months. (Dkt. 338).

2.	The Defendant has since been incarcerated at FMC Lexington – Federal Medical Center and her resentencing is currently set for September 25, 2024. (Dkt. 423).

3.	Allowing the Defendant to appear in civilian clothing will ensure her right to a fair and impartial hearing as protected by the Sixth and Fourteenth Amendments to the United States Constitution.

4.	There is no good cause for denying the Defendant the opportunity to appear in civilian clothing for this hearing.

5.	Counsel for the Defendant has conferred with the government and can represent that its position is that they defer to the Marshals Service and the Court in reference to this motion.

WHEREFORE, for the reasons detailed above, Defendants respectfully requests that their Motion be GRANTED.

Respectfully submitted,

*/s/ J. Alex Little*
J. Alex Little (TN BPR #29858)
  *Pro Hac Vice*
LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
615-985-8189
alex@litson.co
*Attorney for Julie Chrisley*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ J. Alex Little*
J. Alex. Little