# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 07, 2025

Joseph Alex Little IV
Litson PLLC
54 MUSIC SQ E STE 300
NASHVILLE, TN 37203

Appeal Number: 24-13298-JJ
Case Style: USA v. Julie Chrisley
District Court Docket No: 1:19-cr-00297-ELR-JSA-2

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13298

_____

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

versus

JULIE CHRISLEY,

                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cr-00297-ELR-JSA-2

_____

2                       Order of the Court                   24-13298

Before JORDAN, LUCK, and BRASHER, Circuit Judges.

BY THE COURT:

    Appellant's motion to voluntarily dismiss this appeal as moot is GRANTED. The appeal is DISMISSED.